

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

AMY N. OKEREKE
*Assistant Corporation Counsel*
(212) 788-9790
(212) 788-9776 (fax)
aokereke@law.nyc.gov

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08

February 4, 2008

**BY HAND**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

      Re:    <u>Rudy Germain v. City of New York, et al.</u>
             07 Civ. 5452 (LAK)

Your Honor:

      I am the attorney in the Special Federal Litigation Division of the New York City Law Department assigned to the defense of the above matter. In that capacity, I write to inform the Court that the parties have reached an agreement in principle to settle this matter. Accordingly, I will forward the requisite documents to plaintiff's counsel for execution. As soon as the papers are fully executed, I will duly submit the Stipulation and Order of Settlement and Dismissal for the Court's endorsement and filing with the Clerk.

      I thank the Court for its time and consideration in this matter.

Case dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect, on or before 3/7/08, if the settlement is not consummated by then.

SO ORDERED:
Lewis A. Kaplan
U.S.D.J.
2/7/08

Respectfully submitted,

Amy N. Okereke
Assistant Corporation Counsel
Special Federal Litigation Division

cc:    Steven A. Hoffner, Esq., attorney for plaintiff (by fax)